BUTTERWORTH <em>against</em> SOPER.

IN ERROR, on *certiorari* to a justice's court.

THE defendant in error brought an action of trespass in the court below against the plaintiff in error, and declared, for that he had, without authority, issued a written order, commanding a constable to levy a fine for the delinquency of the son of the plaintiff below, as a soldier in the militia ; in pursuance of which order the constable took and sold the cow of the plaintiff. The defendant below pleaded the general issue, and the plaintiff having proved his declaration, the defendant offered to prove that he issued the warrant for collecting the fine, in pursuance of the sentence of a regimental court martial. The plaintiff objected that this justification was inadmissible under the general issue, and the justice gave judgment for the plaintiff below.

*In an action of trespass against an officer of the militia, who has issued a warrant for collecting a fine for delinquency, pursuant to the order of a regimental court-martial, the defendant cannot give this special matter in evidence as a justification, under the general issue.*

*Per Curiam.* There is no error, and the judgment must be affirmed. The statute* authorizing such defence under the general issue, does not extend to this case.

Judgment affirmed.

<hr width="20%" align="center">

* *(See act for the more easy pleading in certain suits, N. R. L. 155. sect. 1.*